BOROWITZ & CLARK, LLP
100 N BARRANCA AVE
SUITE 250
WEST COVINA, CA 91791

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF AUGUST 30, 2017

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan.  **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim.  In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney.

### AS OF AUGUST 30, 2017, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $171.61

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Proof of Claim | Int. Rate | Principal Paid | Int.t Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Gloria Elisa Galvan | | | | | $0.00 | |
| ATTY | | BOROWITZ & CLARK, LLP | **ATTORNEY FEE** | $6,000.00 | $6,000.00 | | $0.00 | |
| 00000 | | DCDM LAW GROUP, PC | **PRIOR ATTORNEY'S FEE** | $6,000.00 | $0.00 | | | |
| 00001 | 6177 | INTERNAL REVENUE SERVICE | **PRIORITY - TAXES** | $1,723.00 | $1,723.00 | | $0.00 | |
| 00002 | 6177'15 | FRANCHISE TAX BOARD<br>Filed: 03/10/17 | **PRIORITY - TAXES** | $7.81 | $7.81 | | $0.00 | |
| 00003 | 6272 | ACURA FINANCIAL SERVICES<br>Filed: 02/07/17 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00004 | 3385 | BANK OF AMERICA N.A.<br>Filed: 05/16/17 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00005 | 2686 | NATIONSTAR MORTGAGE LLC<br>Filed: 05/17/17 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00007 | 8293 | American Express | **UNSECURED** | $3,329.00 | $0.00 | | | |
| 00008 | 2000 | AMERICAN EXPRESS CENTURION BANK<br>Filed: 03/01/17 | **UNSECURED** | $3,077.11 | $3,077.11 | | $0.00 | |
| 00009 | 8646 | Bank Of America | **UNSECURED** | $5,217.00 | $0.00 | | | |
| 00010 | 8367 | Bank of America | **UNSECURED** | $5,118.84 | $0.00 | | | |
| 00011 | 5465 | Bank of America Corporate Account | **UNSECURED** | $5,618.78 | $0.00 | | | |
| 00012 | 9829 | CHASE BANK | **UNSECURED** | $1,545.51 | $0.00 | | | |
| 00013 | 9673 | Chase Bank Usa, Na | **UNSECURED** | $12,206.00 | $0.00 | | | |
| 00014 | 6964 | QUANTUM3 GROUP LLC<br>Filed: 02/07/17 | **UNSECURED** | $4,533.00 | $4,534.94 | | $0.00 | |
| 00015 | 2622 | DELL FINANCIAL SERVICES LLC<br>Filed: 03/10/17 | **UNSECURED** | $4,796.00 | $4,812.34 | | $0.00 | |
| 00016 | | DELL FINANCIAL SERVICES | **UNSECURED** | $2,500.00 | $0.00 | | | |
| 00017 | 1120 | DISCOVER STUDENT LOANS<br>Filed: 05/22/17 | **UNSECURED** | $4,544.27 | $4,502.94 | | $0.00 | |
| 00018 | 5807 | COMENITY CAPITAL BANK<br>Filed: 04/20/17 | **UNSECURED** | $1,661.15 | $1,599.32 | | $0.00 | |
| 00019 | | PayPal Working Capital | **UNSECURED** | $3,162.00 | $0.00 | | | |
| 00021 | 9244 | Staples | **UNSECURED** | $517.29 | $0.00 | | | |
| 00022 | N/A | TSDC, LLC<br>Filed: 05/24/17 | **UNSECURED** | $300,000.00 | $255,510.35 | | $0.00 | |
| 00023 | | Vanguard | **UNSECURED** | $40,109.19 | $0.00 | | | |
| 00024 | 9099 | WELLS FARGO BANK, N.A.<br>Filed: 05/05/17 | **UNSECURED** | $19,711.00 | $19,403.84 | | $0.00 | |
| 00025 | 9248 | WELLS FARGO BANK, N.A.<br>Filed: 04/25/17 | **UNSECURED** | $11,124.00 | $11,722.75 | | $0.00 | |
| 00026 | 9069 | WELLS FARGO BANK NA<br>Filed: 03/30/17 | **UNSECURED** | $1,813.00 | $1,813.61 | | $0.00 | |
| 00027 | N/A | CHRISTIAN COMMUNITY CREDIT UNION<br>Filed: 07/10/17 | **UNSECURED** | $0.00 | $17,710.00 | | $0.00 | |
| TTE | | Trustee Fee | | | | | $171.61 | |

**\*Interest, late claims or other variables may affect the total amount paid to creditors.**

*If you have any questions regarding this Status Report and Notice of Intent to Pay Claims, please consult your attorney.*

Gloria Elisa Galvan
536 N Cabernet Dr
Covina, CA 91723

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF AUGUST 30, 2017

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan. **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim. In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney.

### AS OF AUGUST 30, 2017, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $171.61

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Proof of Claim | Int. Rate | Principal Paid | Int.t Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Gloria Elisa Galvan | | | | | $0.00 | |
| ATTY | | BOROWITZ & CLARK, LLP | **ATTORNEY FEE** | $6,000.00 | $6,000.00 | | $0.00 | |
| 00000 | | DCDM LAW GROUP, PC | **PRIOR ATTORNEY'S FEE** | $6,000.00 | $0.00 | | | |
| 00001 | 6177 | INTERNAL REVENUE SERVICE | **PRIORITY - TAXES** | $1,723.00 | $1,723.00 | | $0.00 | |
| 00002 | 6177'15 | FRANCHISE TAX BOARD<br>Filed: 03/10/17 | **PRIORITY - TAXES** | $7.81 | $7.81 | | $0.00 | |
| 00003 | 6272 | ACURA FINANCIAL SERVICES<br>Filed: 02/07/17 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00004 | 3385 | BANK OF AMERICA N.A.<br>Filed: 05/16/17 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00005 | 2686 | NATIONSTAR MORTGAGE LLC<br>Filed: 05/17/17 | **SECURED OMITTED CREDITOR** | $0.00 | $0.00 | | | |
| 00007 | 8293 | American Express | **UNSECURED** | $3,329.00 | $0.00 | | | |
| 00008 | 2000 | AMERICAN EXPRESS CENTURION BANK<br>Filed: 03/01/17 | **UNSECURED** | $3,077.11 | $3,077.11 | | $0.00 | |
| 00009 | 8646 | Bank Of America | **UNSECURED** | $5,217.00 | $0.00 | | | |
| 00010 | 8367 | Bank of America | **UNSECURED** | $5,118.84 | $0.00 | | | |
| 00011 | 5465 | Bank of America Corporate Account | **UNSECURED** | $5,618.78 | $0.00 | | | |
| 00012 | 9829 | CHASE BANK | **UNSECURED** | $1,545.51 | $0.00 | | | |
| 00013 | 9673 | Chase Bank Usa, Na | **UNSECURED** | $12,206.00 | $0.00 | | | |
| 00014 | 6964 | QUANTUM3 GROUP LLC<br>Filed: 02/07/17 | **UNSECURED** | $4,533.00 | $4,534.94 | | $0.00 | |
| 00015 | 2622 | DELL FINANCIAL SERVICES LLC<br>Filed: 03/10/17 | **UNSECURED** | $4,796.00 | $4,812.34 | | $0.00 | |
| 00016 | | DELL FINANCIAL SERVICES | **UNSECURED** | $2,500.00 | $0.00 | | | |
| 00017 | 1120 | DISCOVER STUDENT LOANS<br>Filed: 05/22/17 | **UNSECURED** | $4,544.27 | $4,502.94 | | $0.00 | |
| 00018 | 5807 | COMENITY CAPITAL BANK<br>Filed: 04/20/17 | **UNSECURED** | $1,661.15 | $1,599.32 | | $0.00 | |
| 00019 | | PayPal Working Capital | **UNSECURED** | $3,162.00 | $0.00 | | | |
| 00021 | 9244 | Staples | **UNSECURED** | $517.29 | $0.00 | | | |
| 00022 | N/A | TSDC, LLC<br>Filed: 05/24/17 | **UNSECURED** | $300,000.00 | $255,510.35 | | $0.00 | |
| 00023 | | Vanguard | **UNSECURED** | $40,109.19 | $0.00 | | | |
| 00024 | 9099 | WELLS FARGO BANK, N.A.<br>Filed: 05/05/17 | **UNSECURED** | $19,711.00 | $19,403.84 | | $0.00 | |
| 00025 | 9248 | WELLS FARGO BANK, N.A.<br>Filed: 04/25/17 | **UNSECURED** | $11,124.00 | $11,722.75 | | $0.00 | |
| 00026 | 9069 | WELLS FARGO BANK NA<br>Filed: 03/30/17 | **UNSECURED** | $1,813.00 | $1,813.61 | | $0.00 | |
| 00027 | N/A | CHRISTIAN COMMUNITY CREDIT UNION<br>Filed: 07/10/17 | **UNSECURED** | $0.00 | $17,710.00 | | $0.00 | |
| TTE | | Trustee Fee | | | | | $171.61 | |

**\*Interest, late claims or other variables may affect the total amount paid to creditors.**

*If you have any questions regarding this Status Report and Notice of Intent to Pay Claims, please consult your attorney.*