| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>M. Erik Clark, #188693<br>Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791<br>(626) 332-8600 Telephone<br>(626) 332-8644 Facsimile<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 12 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>GLORIA GALVAN<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:16-24755-NB<br>CHAPTER: 13<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: August 17, 2017<br>TIME: 8:30 a.m.<br>COURTROOM: 1545<br>PLACE: 255 E. Temple Street<br>         Los Angeles, CA 90012 |
|---|---|

//

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                              **F 3007-1.1.ORDER.OBJ.CLAM**

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(NOTES FOR USE OF THIS FORM: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

| | | |
|---|---|---|
| Calendar Number: 21 | Claim Number: 13 | Claim Amount: $255,510.35 |

Claimant Name: TSDC, LLC

☐ Disallowed:    ☒ Allowed: $255,510.35    ☐ Unsecured:    ☐ Priority:

Comments: <u>The claim objection is denied without prejudice for the reasons stated on the record.</u>

###

Date: September 12, 2017

_____
Neil W. Bason
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3007-1.1.ORDER.OBJ.CLAM**