United States Bankruptcy Court
Central District of California

In re:  
Gloria Elisa Galvan  
    Debtor

Case No. 16-24755-NB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2　　User: ssumlinC　　Page 1 of 1　　Date Rcvd: Sep 12, 2017  
　　　　　　　　　　　Form ID: pdf042　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.  
db　　　　+Gloria Elisa Galvan,　536 N Cabernet Dr,　Covina, CA 91723-1563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:

    Christopher Celentino　on behalf of Interested Party　Courtesy NEF  
     chris.celentino@dinsmore.com, caron.burke@dinsmore.com  
    Christopher Celentino　on behalf of Trustee Peter J Mastan (TR) chris.celentino@dinsmore.com, caron.burke@dinsmore.com  
    Dane W Exnowski　on behalf of Creditor　Nationstar Mortgage LLC dane.exnowski@buckleymadole.com, cabk@BuckleyMadole.com  
    Edward A Treder　on behalf of Interested Party　Courtesy NEF cdcaecf@bdfgroup.com  
    James R Selth　on behalf of Creditor　TSDC, LLC jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com  
    James R Selth　on behalf of Interested Party　Courtesy NEF jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com  
    Kathy A Dockery (TR)　efiling@CH13LA.com  
    Kelly L Morrison　on behalf of U.S. Trustee　United States Trustee (LA) kelly.l.morrison@usdoj.gov  
    Lynn Brown　on behalf of Creditor　ECAST Settlement Corporation notices@becket-lee.com  
    Michael E Clark　on behalf of Debtor Gloria Elisa Galvan notices@blclaw.com, ecf@blclaw.com;borowitzclark3@gmail.com  
    Nancy B Clark　on behalf of Debtor Gloria Elisa Galvan notices@blclaw.com, ecf@blclaw.com;borowitzclark5@gmail.com  
    Peter W Bowie　on behalf of Interested Party　Courtesy NEF peter.bowie@dinsmore.com, caron.burke@dinsmore.com  
    Peter W Bowie　on behalf of Trustee Peter J Mastan (TR) peter.bowie@dinsmore.com, caron.burke@dinsmore.com  
    United States Trustee (LA)　ustpregion16.la.ecf@usdoj.gov  
    Valerie Smith　on behalf of Interested Party　Courtesy NEF claims@recoverycorp.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>M. Erik Clark, #188693<br>Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791<br>(626) 332-8600 Telephone<br>(626) 332-8644 Facsimile<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 12 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>GLORIA GALVAN<br><br><br><br>Debtor(s). | CASE NO.: 2:16-24755-NB<br>CHAPTER: 13<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: August 17, 2017<br>TIME: 8:30 a.m.<br>COURTROOM: 1545<br>PLACE: 255 E. Temple Street<br>        Los Angeles, CA 90012 |
|---|---|

//

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 3007-1.1.ORDER.OBJ.CLAM**

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(**NOTES FOR USE OF THIS FORM**: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

| Calendar Number: 21 | Claim Number: 13 | Claim Amount: $255,510.35 |
|---|---|---|
| Claimant Name: TSDC, LLC | | |
| ☐ Disallowed: ☒ Allowed: $255,510.35 ☐ Unsecured: | | ☐ Priority: |
| Comments: <u>The claim objection is denied without prejudice for the reasons stated on the record.</u> | | |

###

Date: September 12, 2017

_____
Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 2    F 3007-1.1.ORDER.OBJ.CLAM