| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Barry E. Borowitz, Esq. #167418<br>Borowitz & Clark, LLP<br>100 N. Barranca St., Suite 250<br>West Covina, CA  91791<br>Telephone:  (626) 332-8600<br>Facsimile:  (626) 332-8644<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>APR 23 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ghaltchi    DEPUTY CLERK<br><br>~~CHANGES MADE BY COURT~~ |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>GLORIA ELISA GALVAN | CASE NUMBER:  2:16-bk-24755-NB<br>CHAPTER 13 |
| | **ORDER SETTING FOR HEARING** ☐ ~~**GRANTING**~~ ☐ **DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** |
| | ☒  No hearing held<br>☐  Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

//

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                 Page 1                                 **F 3015-1.12.ORDER.CH13.FEES**

Based on the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on (*date*) 4/1/2020 as docket number 235, the court orders as follows:

1. ☐ ~~The Application is granted and the Attorney for Debtor is allowed the sum of $53,978.25 as compensation for Additional Services and the sum of $0.00 in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of $53,978.25 from the estate of Debtor as funds permit.~~

2. ☒ The Application is set for hearing on: (*date*) **4/30/20** at (*time*) **8:30 a.m.**  This Application is being set for hearing because counsel has not complied with LBR 2016-1(a)(1)(E)(iii) (Local Bankruptcy Rule), which provides that "time spent must be accounted for in tenths of an hour and broken down in detail by the specific task performed.  Lumping of services is not satisfactory …"  As an example, one attorney has billed 54.50 hour for receipt, review, and response to 545 emails reviewed from 1/4/18 through 3/31/20.  Dkt. 235 at PDF p.16.

    In the interest of saving expense, Debtor's counsel is directed **not** to file any supplemental papers prior to the hearing.  At the hearing this Court will consider whether, in view of any explanation that is provided orally, and in view of the lack of objection to the requested fees from any party in interest, any further proceedings are warranted.

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (*specify*):

###

Date: April 23, 2020

Neil W. Bason
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*   Page 2   F 3015-1.12.ORDER.CH13.FEES